UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JAGANATHAN CHANDRASEKARAN,
SARANYA CHANDRASEKARAN, and
PREETHI DEVELOPERS, LLC,

    Plaintiffs,

v.                                                    Case No. 20-13247

CHAD F. WOLF, KENNETH CUCCINELLI,
DONALD NEUFELD, and
KATHY BARAN,

    Defendants.
_____/

**ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING ORDER**

Plaintiffs Jaganathan Chandrasekaran, Saranya Handrasekaran, and Preethi Developers, LLC, bring this action asserting claims under the Administrative Procedure Act, 5 U.S.C. § 706(2). (ECF No. 1, PageID.23-26.) They challenge the U.S. Citizenship and Immigration Services' ("USCIS") denial of a nonimmigrant L-1A visa for Plaintiff Jaganathan Chandrasekaran. (*Id.*, PageID.2.)

The case was original filed on September 18, 2020, in the United States District Court for the District of Colombia. On December 10, 2020, the case was transferred to this court.

On February 1, 2021, Plaintiffs filed a motion for temporary restraining order ("TRO"). (ECF No. 8.) Plaintiffs asked that the court order the government to consider Plaintiff Jaganathan Chandrasekaran's continued presence in the United States lawful for the pendency of this litigation. (*Id.*, PageID.53.)

The court held a telephonic conference with the parties on February 3, 2021, and the parties submitted a joint proposed briefing schedule for Plaintiffs' pending motion. (ECF No. 9, PageID.68.) The court accepts the dates proposed by the parties and will enter a briefing schedule.

As discussed at the February 3 telephonic conference, the parties in their briefing should address the court's jurisdiction over L-1 visa challenges. Specifically, the parties should address the case *Global Export/Import Link, Inc. v. U.S. Bureau of Citizenship and Immigration Services*, 423 F. Supp. 2d 703 (E.D. Mich. 2006) (Gadola, J.). Accordingly,

IT IS ORDERED that Defendant shall file a response to Plaintiffs' Motion for TRO (ECF No. 8) by **February 15, 2021**.

IT IS FURTHER ORDERED that Plaintiff shall file a reply by **February 22, 2021**.

s/Robert H. Cleland          /<br>
ROBERT H. CLELAND<br>
UNITED STATES DISTRICT JUDGE

Dated:  February 10, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 10, 2021, by electronic and/or ordinary mail.

s/Lisa Wagner          /<br>
Case Manager and Deputy Clerk<br>
(810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\20-13247.CHANDRASEKARAN.OrderSettingBriefingSchedule.RMK.docx