UNITED STATES DISTRICT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| Jaganathan Chandrasekaran, et al.<br><br>                     Plaintiffs,<br>v.<br><br>David Pekoske, Acting Secretary for the Department of Homeland Security, et al.<br><br>                     Defendants. | Civil Action No. 20-13247<br><br>Honorable Robert H. Cleland<br>Mag. Judge Elizabeth A. Stafford |

## Order

The Court has reviewed Plaintiffs' Motion to Voluntarily Dismiss Plaintiff Saranya Chanrasekaran. Upon consideration, the Court hereby GRANTS Plaintiffs' motion.

IT IS SO ORDERED.

DATED: February 16, 2021

                                                                     s/Robert H. Cleland<br>
                                                                     Hon. Robert H. Cleland<br>
                                                                       United States District Court Judge