UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Jaganathan Chandrasekaran, et al.<br><br>            Plaintiffs,<br>v.<br><br>Alejandro Mayorkas, Secretary for the Department of Homeland Security, et al.<br><br>            Defendants. | Civil Action No. 20-13247<br><br>Honorable Robert H. Cleland<br>Mag. Judge Elizabeth A. Stafford |

## ORDER

The Court has reviewed Plaintiffs' Motion to Voluntarily Dismiss. Upon consideration, the Court hereby GRANTS Plaintiffs' motion.

IT IS SO ORDERED.

DATED: April 23, 2021                      _s/Robert H. Cleland_
                                                    Hon. Robert H. Cleland
                                                    United States District Court Judge